IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| QUENTIN WALKER a/k/a ) | | |
| QUINTIN WALKER, ) | | |
| ) | | |
|     Plaintiff, ) | | |
| ) | | |
| VS. ) | No. 16-2362-JDT-cgc | |
| ) | | |
| LAUDERDALE COUNTY, ET AL., ) | | |
| ) | | |
|     Defendants. ) | | |

ORDER DIRECTING PLAINTIFF TO FILE A SIGNED *IN FORMA PAUPERIUS*
AFFIDAVIT OR PAY THE $400 CIVIL FILING FEE

On May 26, 2016, Plaintiff Quentin Walker a/k/a Quintin Walker, who is incarcerated at the Missouri Eastern Correctional Center in Pacific, Missouri, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, accompanied by a motion to proceed *in forma pauperis* and a copy of his trust account statement, in accordance with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915(a)-(b). (ECF Nos. 1 & 2.) However, Plaintiff failed to sign his *in forma pauperis* affidavit. (*See* ECF No. 2 at 2.) Therefore, Plaintiff is ORDERED to submit, within 30 days after the date of this order, either the entire $400 civil filing fee[1] or

---

[1] Twenty-eight U.S.C. § 1914(a) requires a civil filing fee of $350. In addition, § 1914(b) requires the clerk to "collect from the parties such additional fees . . . as are prescribed by the Judicial Conference of the United States." The Judicial Conference has prescribed an additional administrative fee of $50 for filing any civil case, except for cases seeking habeas corpus and cases in which the plaintiff is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. Therefore, if Plaintiff is ultimately granted leave to proceed *in forma pauperis* in accordance with the PLRA, he will not be responsible for the additional $50 fee.

a properly completed and signed *in forma pauperis* affidavit. The Clerk is directed to mail Plaintiff another copy of the prisoner *in forma pauperis* affidavit form along with this order.[2]

If Plaintiff timely submits the necessary affidavit and the Court finds that he is indeed indigent, the Court will grant leave to proceed *in forma pauperis* and assess a filing fee of $350 in accordance with the installment procedures of 28 U.S.C. § 1915(b). However, if Plaintiff fails to comply with this order in a timely manner, the Court will deny leave to proceed *in forma pauperis*, assess the entire $400 filing fee without regard to the installment payment procedures, and dismiss the action without further notice pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. *McGore*, 114 F.3d at 605.[3]

IT IS SO ORDERED.

                                           s/ **James D. Todd**
                                           JAMES D. TODD
                                           UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff does not need to submit another copy of his inmate trust account statement.

[3] Even a voluntary dismissal by Plaintiff will not eliminate the obligation to pay the filing fee. *McGore*, 114 F.3d at 607; *see also In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002).